```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION

CHARLES HUNT,                         :
                                      :
     Plaintiff,                       :
                                      :
vs.                                   :
                                      :   CIVIL ACTION 13-0022-KD-M
HARTFORD LIFE AND ACCIDENT            :
INSURANCE COMPANY,                    :
                                      :
     Defendant.                       :
```

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Plaintiff's Motion to Remand be **DENIED** (Doc. 8).

DONE this 25th day of April, 2013.

```
                         s/ Kristi K. DuBose
                         KRISTI K. DuBOSE
                         UNITED STATES DISTRICT JUDGE
```